**Winifred Mitchell STONE, The Barnard State Bank and Daniel D. Metz, Plaintiffs–Respondents,**

v.

**Robert Curtis MITCHELL and Catherine Mitchell, Defendants–Appellants.**

**No. 52445.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Dec. 22, 1987.

Motion for Rehearing and/or Transfer
Denied Jan. 26, 1988.

Application to Transfer Denied
March 15, 1988.

Richard Kevin Zerr, St. Charles, for defendants-appellants.

John Boyd Morthland, Hannibal, for plaintiffs-respondents.

## ORDER

PER CURIAM.

Defendants appeal from the judgment of the trial court ordering enforcement of a written settlement agreement. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would be of no precedential value. The judgment is affirmed pursuant to Rule 84.-16(b).